IN THE COURT OF CRIMINAL APPEALS

OF TEXAS






PD-1205-08






THE STATE OF TEXAS


v.


 ROBERT LEAHY POWELL, Appellee






ON DISCRETIONARY REVIEW OF CASE 02-05-00477-CR

OF THE SECOND COURT OF APPEALS,

TARRANT COUNTY





 Womack, J., filed a concurring opinion, in which Johnson and
Cochran, J.J., joined.



 I join the judgment of the Court and its opinion, except for Part II. For the reasons stated
in the penultimate paragraph of Judge Price's opinion, I would not reach the issue of the
applicability of the exclusionary rule.


Filed: March 3, 2010.

Publish.